**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GENEVIEVE ALARID,

    Plaintiff,

v.                              No. 1:25-cv-00906-KG-KK

CHARLES VIGIL, THOMAS VIGIL, PROGRESSIVE
DIRECT INSURANCE COMPANY, STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY.
and RANDY CARNEY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

THIS MATTER having come before the Court upon the Motion of the Plaintiff, Genevieve Alarid, all parties having concurred and the Court being fully advised in the premises,

FINDS that the Court has jurisdiction over the parties and the subject matter herein,

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff herein and all claims which could have been asserted therein are dismissed with prejudice, with all parties to bear their own costs and attorney fees.

                         /s/Kenneth J. Gonzales_____
                         CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**SUBMITTED BY:**

THE LAW OFFICES OF CAMERON
& RUSSELL

*/s/ Bill Russell – Approved via email*
Bill Russell
Attorney for Plaintiff
6311 Montano Rd NW
Albuquerque, NM 87120


**APPROVED BY:**

MILLER STRATVERT P.A.

*/s/ Todd A. Schwarz*
Todd A. Schwarz
Attorneys for Defendants
Post Office Box 25687
Albuquerque, New Mexico  87125